**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:     (310) 819-3470

*Counsel for Plaintiff Retail Wholesale Department Store Union Local 338 Retirement Fund*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, on behalf of itself and all others similarly situated,<br><br>                     Plaintiff,<br><br>           v.<br><br>BEYOND MEAT, INC., ETHAN WALDEN BROWN, MARK J. NELSON, and PHILLIP E. HARDIN,<br><br>                     Defendants. | Case No. 23-cv-3602<br><br>**NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1**<br><br>CLASS ACTION |

The undersigned counsel of record for Plaintiff Retail Wholesale Department Store Union Local 338 Retirement Fund certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND

*/s/ Jonathan D. Uslaner*
ATTORNEY OF RECORD FOR
PLAINTIFF RETAIL WHOLESALE
DEPARTMENT STORE UNION LOCAL
338 RETIREMENT FUND

# CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ Jonathan D. Uslaner
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:   (310) 819-3470