1  **BERNSTEIN LITOWITZ BERGER**
       **& GROSSMANN LLP**
2  JONATHAN D. USLANER (Bar No. 256898)
   jonathanu@blbglaw.com
3  2121 Avenue of the Stars, Suite 2575
   Los Angeles, CA 90067
4  Tel:     (310) 819-3470

5  *Counsel for Plaintiff Retail Wholesale*
   *Department Store Union Local 338*
6  *Retirement Fund*

7

8

9                    **UNITED STATES DISTRICT COURT**
                     **CENTRAL DISTRICT OF CALIFORNIA**
10                            **WESTERN DIVISION**

11  RETAIL WHOLESALE                    | Case No. 23-cv-3602
    DEPARTMENT STORE UNION              |
12  LOCAL 338 RETIREMENT FUND, on       | **NOTICE OF ERRATA**
    behalf of itself and all others similarly |
13  situated,                           | CLASS ACTION

14               Plaintiff,

15         v.

16  BEYOND MEAT, INC., ETHAN
    WALDEN BROWN, MARK J.
17  NELSON, and PHILLIP E. HARDIN,

18               Defendants.

19

20

21

22

23

24

25

26

27

28

**PLEASE TAKE NOTICE** that due to an inadvertent clerical error, Plaintiff Retail Wholesale Department Store Union Local 338 Retirement Fund's ("Local 338") Certification Pursuant to the Federal Securities Laws ("Certification"), which was appended to the Complaint filed in the above-captioned action, included an incorrect schedule of transactions.  ECF No. 1 at 20.  As such, attached hereto as Exhibit A is Local 338's Certification, which includes the corrected schedule of transactions.

Dated:  May 11, 2023

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:   (310) 819-3470

-and-

Avi Josefson
Scott R. Foglietta
1251 Avenue of the Americas
New York, NY 10020
Tel:   (212) 554-1400
Fax:   (212) 554-1444
avi@blbglaw.com
scott.foglietta@blbglaw.com

*Counsel for Plaintiff Retail Wholesale Department Store Union Local 338 Retirement Fund*

# CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

 /s/ Jonathan D. Uslaner
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:   (310) 819-3470