# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, John R. Durso, on behalf of Retail Wholesale Department Store Union Local 338 Retirement Fund ("Local 338"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chairman of Local 338 and I am authorized to sign this certification on its behalf. I have reviewed the complaint and authorize its filing by counsel.

2. Local 338 did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Local 338 is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Local 338's transactions in the Beyond Meat, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Local 338 has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

> *Local 295 IBT Employer Group Welfare Fund v.*
> *Compass Minerals International, Inc.*, No. 22-cv-2432 (D. Kan.)

6. Local 338 is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

> *City of Warwick Retirement System v.*
> *Catalent, Inc.*, No. 23-cv-1108 (D.N.J.)
> *Retail Wholesale Department Store Union Local 338 Retirement Fund v.*
> *Stitch Fix, Inc.*, No. 22-cv-4893 (N.D. Cal.)

7. Local 338 will not accept any payment for serving as a representative party on behalf of the Class beyond Local 338's respective pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this  5th  day of May, 2023.

John R. Durso, Chairman
*Retail Wholesale Department Store Union*
*Local 338  Retirement Fund*

**Retail Wholesale Department Store Union Local 338 Retirement Fund Transactions in Beyond Meat, Inc.**

| **Transaction** | **Date** | **Shares** | **Price** |
|---|---|---|---|
| Purchase | 9/29/2020 | 9,939 | 166.9925 |
| Purchase | 11/16/2020 | 421 | 126.4850 |
| Purchase | 11/17/2020 | 269 | 128.1588 |
| Purchase | 11/17/2020 | 4,173 | 129.4085 |
| Purchase | 11/18/2020 | 3,474 | 135.7733 |
| Purchase | 12/17/2020 | 1,920 | 142.5198 |
| Purchase | 12/18/2020 | 5,657 | 143.8936 |
| Purchase | 12/30/2020 | 2,215 | 126.4302 |
| Purchase | 2/26/2021 | 6,544 | 146.9058 |
| Purchase | 3/19/2021 | 1,668 | 139.3632 |
| Purchase | 5/10/2021 | 4,087 | 106.8340 |
| Purchase | 9/30/2021 | 1,352 | 105.8095 |
| Purchase | 11/1/2021 | 1,391 | 99.2758 |
| Sale | 5/3/2021 | (586) | 125.5851 |
| Sale | 6/22/2021 | (2,039) | 143.8007 |
| Sale | 7/22/2021 | (1,378) | 127.8149 |
| Sale | 7/27/2021 | (10,413) | 121.6971 |
| Sale | 12/16/2021 | (535) | 67.1176 |
| Sale | 12/21/2021 | (1,081) | 70.1057 |
| Sale | 12/23/2021 | (5,708) | 67.2717 |
| Sale | 1/5/2022 | (538) | 61.2553 |
| Sale | 1/21/2022 | (2,143) | 60.9713 |
| Sale | 3/10/2022 | (6,555) | 42.5509 |
| Sale | 3/17/2022 | (6,414) | 45.7420 |
| Sale | 3/24/2022 | (5,720) | 48.4142 |