1    **BERNSTEIN LITOWITZ BERGER**
     **& GROSSMANN LLP**
2    JONATHAN D. USLANER (Bar No. 256898)
     jonathanu@blbglaw.com
3    2121 Avenue of the Stars, Suite 2575
     Los Angeles, CA 90067
4    Tel:    (310) 819-3470

5    *Counsel for Plaintiff Retail Wholesale*
     *Department Store Union Local 338*
6    *Retirement Fund*

7    [Additional counsel appear on signature page.]

8

9             **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
10             **WESTERN DIVISION**

11    RETAIL WHOLESALE         Case No. 2:23-cv-03602 MWF (AGRx)
     DEPARTMENT STORE UNION
12    LOCAL 338 RETIREMENT FUND, on    **NOTICE OF MOTION AND**
     behalf of itself and all others similarly    **MOTION OF RETAIL**
13    situated,                      **WHOLESALE DEPARTMENT**
                                 **STORE UNION LOCAL 338**
14            Plaintiff,            **RETIREMENT FUND FOR**
                                 **APPOINTMENT AS LEAD**
15            v.                        **PLAINTIFF AND APPROVAL OF**
                                 **ITS SELECTION OF LEAD**
16    BEYOND MEAT, INC., ETHAN       **COUNSEL**
     WALDEN BROWN, MARK J.
17    NELSON, and PHILLIP E. HARDIN,    Date: August 7, 2023
                                 Time: 10:00 a.m.
18            Defendants.         Courtroom: 5A
                                 Judge: Hon. Michael W. Fitzgerald
19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at 10:00 a.m. on August 7, 2023, or on a date and time set by the Court, before the Honorable Michael W. Fitzgerald at the First Street Courthouse, 350 West First Street, Courtroom 5A, Los Angeles, California, Retail Wholesale Department Store Union Local 338 Retirement Fund ("Local 338") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an order: (1) appointing Local 338 as Lead Plaintiff; (2) approving Local 338's selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") to serve as Lead Counsel for the Class; and (3) granting any such further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that Local 338 believes it is the "most adequate plaintiff" under the PSLRA and is therefore entitled to be appointed Lead Plaintiff.  Specifically, Local 338 believes that it has the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the approximately $2.7 million in losses that it incurred on its purchases of Beyond Meat, Inc. common stock between May 5, 2020 and October 13, 2022, inclusive. Local 338 also satisfies the requirements of Rule 23 of the Federal Rules of Civil

---

[1] This Motion has been filed pursuant to Section 21D(a)(3)(B) of the Exchange Act, as amended by the PSLRA, which provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not that proposed class member has previously filed a complaint in the underlying action (although here, Local 338 has done so). Consequently, counsel for Local 338 cannot determine who the competing lead plaintiff candidates are at this time.  As a result, proposed Lead Counsel has been unable to confer with opposing counsel as prescribed in C.D. Cal. Local Civil Rule 7-3, and respectfully requests that the conference requirement of Rule 7-3 be waived for this Motion.

Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Jonathan D. Uslaner and all exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Local 338 respectfully requests that the Court enter an order: (1) appointing Local 338 as Lead Plaintiff pursuant to the PSLRA; (2) approving Local 338's selection of Bernstein Litowitz to serve as Lead Counsel for the Class; and (3) granting any such further relief as the Court may deem just and proper.

Dated:  July 10, 2023

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:   (310) 819-3470

-and-

Avi Josefson
Scott R. Foglietta
1251 Avenue of the Americas
New York, NY 10020
Tel:   (212) 554-1400
Fax:   (212) 554-1444
avi@blbglaw.com
scott.foglietta@blbglaw.com

*Counsel for Proposed Lead Plaintiff Retail Wholesale Department Store Union Local 338 Retirement Fund*

NOTICE OF MOTION AND MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF
Case No. 2:23-cv-03602 MWF (AGRx)

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3470