ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BEYOND MEAT, INC., et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:23-cv-03602-MWF-AGR<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL<br><br>DATE:　August 7, 2023<br>TIME:　10:00 a.m.<br>CTRM:　5A<br>JUDGE:　Hon. Michael W. Fitzgerald |

4871-1424-9839.v1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Monday, August 7, 2023, at 10:00 a.m., or as soon thereafter as the matter may be heard by the Honorable Michael W. Fitzgerald, Courtroom 5A, 350 West 1st Street, Los Angeles, CA, 90012, Saskatchewan Healthcare Employees' Pension Plan ("SHEPP") will, and hereby does, move this Court for an order appointing SHEPP as Lead Plaintiff and approving its selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B).

Additionally, because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), SHEPP cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on July 10, 2023. Accordingly, SHEPP's counsel respectfully requests that compliance with the meet and confer requirements of Local Civil Rule 7-3 be waived due to the fact that SHEPP cannot confer with unknown movants. In support of this Motion, SHEPP submits the accompanying Memorandum of Law, the Declaration of Michael Albert, and a [Proposed] Order.

DATED: July 10, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY

s/ Michael Albert
MICHAEL ALBERT

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

- 1 -

4871-1424-9839.v1

Proposed Lead Counsel for Proposed Lead Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 10, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   s/ Michael Albert
MICHAEL ALBERT

ROBBINS GELLER RUDMAN
     & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  malbert@rgrdlaw.com

4871-1424-9839.v1

# Mailing Information for a Case 2:23-cv-03602-MWF-AGR Retail Wholesale Department Store Union Local 338 Retirement Fund v. Beyond Meat, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Russell Foglietta**
  scott.foglietta@blbglaw.com

- **Avi Josefson**
  avi@blbglaw.com

- **Jonathan Daniel Uslaner**
  jonathanu@blbglaw.com,melody.yaghoubzadeh@blbglaw.com,juslaner@gmail.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`