**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Proposed Lead Plaintiff Retail Wholesale Department Store Union Local 338 Retirement Fund and Proposed Lead Counsel for the Class*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, on behalf of itself and all others similarly situated,

Plaintiff,

v.

BEYOND MEAT, INC., ETHAN WALDEN BROWN, MARK J. NELSON, and PHILLIP E. HARDIN,

Defendants.

Case No. 2:23-cv-03602 MWF (AGRx)

<u>CLASS ACTION</u>

**NOTICE OF NON-OPPOSITION OF RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND**

Date: August 7, 2023
Time: 10:00 a.m.
Courtroom: 5A
Judge: Hon. Michael W. Fitzgerald

Retail Wholesale Department Store Union Local 338 Retirement Fund ("Local 338") respectfully submits this notice with respect to the pending motions for appointment as Lead Plaintiff and approval of selection of Lead Counsel.

On July 10, 2023, Local 338 filed a motion seeking appointment as Lead Plaintiff and approval of its selection of Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel for the Class. *See* ECF No. 17. That same day, another movant filed a motion seeking appointment as Lead Plaintiff in this action. *See* ECF No. 21.

Local 338 has reviewed the Lead Plaintiff motions pending before the Court and it appears that Local 338 does not have the largest financial interest in this action. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). Nevertheless, Local 338 remains ready, willing, and able to serve as Lead Plaintiff if the Court declines to appoint the other movant seeking Lead Plaintiff status. Local 338 reserves any and all rights to share in any recovery in this action as a member of the Class.

Dated: July 17, 2023

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

-and-

Avi Josefson
Scott R. Foglietta
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
avi@blbglaw.com
scott.foglietta@blbglaw.com

*Counsel for Proposed Lead Plaintiff Retail Wholesale Department Store Union Local 338 Retirement Fund and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470