UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BEYOND MEAT, INC., et al., <br><br> Defendants. | Case No. 2:23-cv-03602-MWF(AGRx) <br><br> CLASS ACTION <br><br> ORDER APPROVING STIPULATION REGARDING CAPTION OF ACTION, AND SCHEDULE FOR AMENDED COMPLAINT AND DEFENDANTS' MOTION TO DISMISS |

On August 8, 2023, the parties filed a Stipulation Regarding Schedule for Amended Complaint and Defendants' Motion to Dismiss (the "Stipulation"). (Docket No. 31).

The Court, having considered the Stipulation, and finding good cause therefor, hereby orders:

1. The Clerk shall amend the docket to reflect that this action shall be captioned *Saskatchewan Healthcare Employees' Pension Plan v. Beyond Meat, Inc. et al.*, Case No. 2:23-CV-03602-MWF(AGRx);

- 1 -

4869-9566-3734.v1

2.     Lead Plaintiff shall file an amended complaint on or before October 9, 2023;

3.     Defendants shall answer, move, or otherwise respond to Lead Plaintiff's amended complaint on or before December 8, 2023.  Any motion to dismiss shall be noticed for hearing pursuant to the Local Rules based on the briefing schedule set by this Order.

4.     Lead Plaintiff shall file an opposition to any motion to dismiss filed by Defendants on or before February 6, 2024; and

5.     Defendants shall file any reply on or before March 22, 2024.

IT IS SO ORDERED.

Dated:  August 9, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

- 2 -

4869-9566-3734.v1