NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SASKATCHEWAN HEALTHCARE EMPLOYEES' PENSION PLAN, and MARIO COLATO,

                    Plaintiffs,

        v.

BEYOND MEAT, INC., et al.,

                    Defendants.

Case No. 2:23-cv-03602-MWF(AGRx)

CLASS ACTION

**ORDER GRANTING JOINT STIPULATION TO ENLARGE WORD LIMITS ON BRIEFING RE: DEFENDANTS' MOTION TO DISMISS**

Hon. Michael W. Fitzgerald

For good cause shown, the parties' Stipulation to Enlarge Word Limits on Briefing re: Defendants' Motion to Dismiss is hereby GRANTED **with changes**:

Defendants may file a motion to dismiss of no more than 10,500 words.

Plaintiffs may file an opposition to the motion to dismiss of no more than 10,500 words.

Defendants may file a reply of no more than 8,500 words.

**IT IS SO ORDERED.**

Dated: December 6, 2023

_____

MICHAEL W. FITZGERALD
United States District Judge