# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASKATCHEWAN HEALTHCARE EMPLOYEES' PENSION PLAN, and MARIO COLATO,<br><br>        Plaintiffs,<br><br>  v.<br><br>BEYOND MEAT, INC., et al.,<br><br>        Defendants. | Case No. 2:23-cv-03602-MWF-AGR<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE AND INCORPORATION OF DOCUMENTS BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>Date:     April 8, 2024<br>Time:    10:00 a.m.<br>Place:   Courtroom 5A<br><br>Hon. Michael W. Fitzgerald |

# [PROPOSED] ORDER

Defendants Beyond Meat, Inc. ("Beyond Meat"), Ethan Walden Brown, Mark J. Nelson, and Philip E. Hardin (together, "Defendants") have requested that the Court consider the following exhibits under the doctrine of incorporation by reference and/or judicial notice pursuant to Federal Rule of Evidence 201:

- **Exhibit 1:** Beyond Meat's common stock price from NASDAQ during the period May 5, 2020, to October 13, 2022, both dates inclusive (the "Class Period"), and information regarding Defendant Mark J. Nelson's sales of Beyond Meat common stock while he was employed by Beyond Meat during the Class Period, excluding sales of shares withheld for the payment of exercise price or tax liability pursuant to Transaction Code F on SEC Form 4.

- **Exhibit 2:** a transcript of Beyond Meat's November 9, 2020 earnings conference call, published by S&P Global.

- **Exhibit 3**: a transcript of Beyond Meat's November 10, 2021 earnings conference call, published by S&P Global.

- **Exhibit 4**: a transcript of Beyond Meat's February 24, 2022 earnings conference call, published by S&P Global.

- **Exhibit 5:** a transcript of Beyond Meat's May 11, 2022 earnings conference call, published by S&P Global.

- **Exhibit 6**: a transcript of Beyond Meat's February 23, 2023 earnings conference call, published by S&P Global.

- **Exhibit 7:** Defendant Nelson's June 4, 2020 Statement of Changes in Beneficial (Form 4), filed with the SEC on June 8, 2020.

- **Exhibit 8:** Defendant Nelson's August 6, 2020 Statement of Changes in Beneficial (Form 4), filed with the SEC on August 10, 2020.

2

- **Exhibit 9**: excerpts from Beyond Meat's Annual Report (Form 10-K), for the fiscal year ended December 31, 2019, filed with the SEC on March 19, 2020.

- **Exhibit 10:** excerpts from Beyond Meat's Annual Report (Form 10-K), for the fiscal year ended December 31, 2020, filed with the SEC on March 1, 2021.

- **Exhibit 11:** Beyond Meat's Quarterly Report (Form 10-Q), for the quarterly period ended March 28, 2020, filed with the SEC on May 12, 2020.

- **Exhibit 12**: Beyond Meat's Quarterly Report (Form 10-Q), for the quarterly period ended July 2, 2022, filed with the SEC on August 11, 2022.

- **Exhibit 13:** Beyond Meat's Annual Report (Form 10-K), for the fiscal year ended December 31, 2021, filed with the SEC on March 1, 2022.

The Court, having considered the Motion, the parties' memoranda and supporting papers, the arguments of counsel, the records in the above-captioned case, and all other argument and evidence submitted, **HEREBY ORDERS THAT**:

Defendants' Request for Judicial Notice in Support of Motion to Dismiss is **GRANTED**.

**IT IS SO ORDERED.**

_____
Hon. Michael W. Fitzgerald
United States District Judge

3