# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASKATCHEWAN HEALTHCARE EMPLOYEES' PENSION PLAN, and MARIO COLATO,<br><br>Plaintiffs,<br><br>v.<br><br>BEYOND MEAT, INC., et al.,<br><br>Defendants. | Case No. 2:23-cv-03602-MWF(AGRx)<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING JOINT STIPULATION REGARDING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Hon. Michael W. Fitzgerald |

On September 25, 2024, the parties filed a Stipulation Regarding Schedule for Defendants' Motion to Dismiss First Amended Consolidated Class Action Complaint ("Stipulation").

The Court, having considered the Stipulation, and finding good cause therefor, hereby orders:

1.     Defendants' motion to dismiss shall be noticed for hearing on November 25, 2024, at 10:00 a.m.;

2.     Lead Plaintiff shall file an opposition to any motion to dismiss filed by Defendants on or before October 24, 2024; and

3.     Defendants shall file any reply on or before November 11, 2024.

**IT IS SO ORDERED.**

Dated: September 26, 2024     _____

MICHAEL W. FITZGERALD
United States District Judge

2