**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SASKATCHEWAN HEALTHCARE EMPLOYEES' PENSION PLAN, and MARIO COLATO,<br><br>Plaintiffs,<br><br>v.<br><br>BEYOND MEAT, INC., et al.,<br><br>Defendants. | Case No. 2:23-cv-03602-MWF-AGR<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE AND INCORPORATION OF DOCUMENTS BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>Date:    November 25, 2024<br>Time:    10:00 a.m.<br>Place:   Courtroom 5A<br><br>Hon. Michael W. Fitzgerald |

# **[PROPOSED] ORDER**

Defendants Beyond Meat, Inc. and Ethan Walden Brown (together, "Defendants") have requested that the Court consider the following exhibits under the doctrine of incorporation by reference and/or judicial notice pursuant to Federal Rule of Evidence 201:

- **Exhibit 1**: Transcript of Beyond Meat's February 25, 2021 Earnings Conference Call.

- **Exhibit 2**: Transcript of Beyond Meat's May 6, 2021 Earnings Conference Call.

- **Exhibit 3**: Transcript of Beyond Meat's August 5, 2021 Earnings Conference Call.

- **Exhibit 4**: Beyond Meat's November 10, 2021 Press Release.

- **Exhibit 5**: Transcript of Beyond Meat's February 24, 2022 Earnings Conference Call.

- **Exhibit 6**: Excerpts from Beyond Meat's Annual Report (Form 10-K) for the fiscal year ended December 31, 2019, filed with the SEC on March 19, 2020.

- **Exhibit 7**: Excerpts from Beyond Meat's Quarterly Report (Form 10-Q) for the quarterly period ended March 28, 2020, filed with the SEC on May 12, 2020.

- **Exhibit 8**: Excerpts from Beyond Meat's Annual Report (Form 10-K) for the fiscal year ended December 31, 2020, filed with the SEC on March 1, 2021.

- **Exhibit 9**: Excerpts from Beyond Meat's Annual Report (Form 10-K) for the fiscal year ended December 31, 2021, filed with the SEC on March 1, 2022.

- **Exhibit 10**: Excerpts from Beyond Meat's Quarterly Report (Form 10-Q) for the quarterly period ended July 2, 2022, filed with the SEC on August 11, 2022.
- **Exhibit 11**: Transcript of Beyond Meat's February 23, 2023 earnings call, published by S&P Global.

The Court, having considered the Motion, the parties' memoranda and supporting papers, the arguments of counsel, the records in the above-captioned case, and all other argument and evidence submitted, **HEREBY ORDERS THAT**:

Defendants' Request for Judicial Notice in Support of Motion to Dismiss is **GRANTED**.

**IT IS SO ORDERED.**

_____
Hon. Michael W. Fitzgerald
United States District Judge

3