LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
   *michele.johnson@lw.com*
  Ryan A. Walsh (Bar No. 294506)
   *ryan.walsh@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

  Heather A. Waller (*Pro Hac Vice*)
   *heather.waller@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767

*Attorneys for Defendants*
*Beyond Meat, Inc. and Ethan Walden Brown*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASKATCHEWAN HEALTHCARE EMPLOYEES' PENSION PLAN, and MARIO COLATO,<br><br>Plaintiffs,<br><br>v.<br><br>BEYOND MEAT, INC., et al.,<br><br>Defendants. | Case No. 2:23-cv-03602-MWF-AGR<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF CORRECTED ERRATA TO DECLARATION OF HEATHER A. WALLER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>Date:      November 25, 2024<br>Time:      10:00 a.m.<br>Place:      Courtroom 5A<br><br>Hon. Michael W. Fitzgerald |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

Case No. 2:23-cv-03602-MWF-AGR
NOTICE OF CORRECTED ERRATA TO DECL. ISO DEFS.'
MTD AM. CONSOL. CLASS ACTION COMPLAINT

Defendants Beyond Meat, Inc. and Ethan Walden Brown hereby submit this errata regarding Exhibit 8 to the Declaration of Heather A. Waller in Support of Defendants' Motion to Dismiss First Amended Consolidated Class Action Complaint for Violation of the Federal Securities Law (the "Waller Declaration"), which was filed on September 30, 2024 at Dkt. 60-12.  A single page was inadvertently omitted from the previously filed Exhibit 8.  Defendants hereby file a corrected version of Exhibit 8 that includes the omitted page.

The notice of errata filed on November 11, 2024 at Dkt. 63 was inadvertently linked to Defendants' first Motion to Dismiss filed on December 8, 2023 (Dkt. 42) instead of Defendants' Motion to Dismiss filed on September 30, 2024 (Dkt. 60). The Corrected Exhibit 8 filed concurrently herewith is identical to the version filed at Dkt. 63-1.

Date: November 12, 2024

Respectfully submitted,

LATHAM & WATKINS LLP
Michele D. Johnson
Heather A. Waller
Ryan A. Walsh


By: */s/ Michele D. Johnson*
Michele D. Johnson
Attorneys for Defendants
Beyond Meat, Inc. and Ethan Walden Brown

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

Case No. 2:23-cv-03602-MWF-AGR
NOTICE OF CORRECTED ERRATA TO DECL. ISO DEFS.'
MTD AM. CONSOL. CLASS ACTION COMPLAINT